IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 14-00134-01-CR-W-GAF |
| STEVEN M. MILES, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Defendant's Motion to Suppress Evidence Seized During Unlawful Inventory Search and Defendant's Statement as Fruit of the Poisonous Tree (Doc. #21). On September 18, 2014, Chief United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on the motion to suppress. On October 23, 2014, Judge Hays issued her Report and Recommendation (Doc. #31). No objections to the Report and Recommendation were filed.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence Seized During Unlawful Inventory Search and Defendant's Statement as Fruit of the Poisonous Tree (Doc. #21) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 12, 2014